UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00058-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DeVAUGHN JAMES HUDLEY,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Monday, January 23, 2012 at 11:00 a.m.**

    Dated:   December 2, 2011